CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUN 22 2017

JULIA C. ...
BY:
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RONALD MCCLENDON, | ) |
| Petitioner, | ) Civil Action No. 7:16CV534 |
| v. | ) **ORDER** |
| C. RATLEDGE, | ) Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Respondent. | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petitioner's § 2241 petition is **DISMISSED** as moot.

The Clerk is directed to strike this case from the court's active docket. The Clerk is further directed to send copies of this order and accompanying memorandum opinion to the defendant and all counsel of record.

ENTER: This 22d day of June, 2017.

_____
Chief United States District Judge